

**MEMO ENDORSED**

Case 1:22-cv-03673-ER   Document 16   Filed 10/13/22   Page 1 of 1

大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 13, 2022

> The parties' request to stay all case deadlines in this action for forty-five days, from October 14, 2022 to November 28, 2022 is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: October 13, 2022
> New York, New York

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Mejia v. Hawaii Sea Spirits LLC,* Case No. 1:22-cv-03673-ER

Dear Judge Ramos:

We represent Defendant Hawaii Sea Spirits, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 14, 2022 to November 28, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)